**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 10, 2007

CASE TITLE:    KENNETH DONALD MCCURDY-v-BEN CURRY
RECEIVED FROM: Central District of California  - CV-07-4732-PSG (MLG)

CASE NUMBER:    C- 07-05084 CW

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflex  case number C-07-5084-CW.

    Sincerely,

    RICHARD W. WIEKING, Clerk


    by:  Clara Pierce
    Case Systems Administrator

o:\mrg\civil\transin.mrg