Kenneth D. McCurdy  
C-76230   ED-184-L  
P.O. Box 689  
Soledad, Ca.   93960-0689

TO: RICHARD W. WIEKING  
CLERK OF THE DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Ref:   C07 5084 CW   Petition for Writ of Habeas Corpus

In the above numbered case, I recieved from your office a notice of filing and a notice that the Filing Fee had not been recieved by your office. I have personally handed my case worker (counselor) four different Inmate Trust Account request for the fee's to be paid in this case. I am sending a copy of the fifth request to your office as proof that as an inmate I am doing everything that I can to get this matter taken care of. I would like a copy of this letter of intent to be entered into the court's notice. I have also started a CDC 602 appeal process against the case worker, a Mr. S. Arno CCI of California Training Facility, Soledad, Ca.

I would ask that the Clerk of the Court take in to consideration the limited excess we as inmates try to get these matters handled in a timely fashion but are being held hostage when it come to getting a state employee to do anything that entails use of common sence.

In that regard I thank you for any consideration that you may show in this matter.

Very Sincerly

Kenneth D. McCurdy  
C-76230   ED-184-L

cc:   Inmate File  
      S. Arno CCI

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 10-10 20 07

To: Warden          Approved _____

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

C-76230  
NUMBER

*Kenneth D. McCurdy*  
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE  
Legal Fee

(5th Request)

NAME United States District Court  
Northern District of Ca,  
ADDRESS 450 Golden Gate Ave  
P.O. Box 36060  
San Francisco, Ca. 94102-9680

Kenneth D. McCurdy  
PRINT YOUR FULL NAME HERE

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location:  Institution/Parole Region    Log No.    Category

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| McCurdy, Kenneth D. | C-76230 | PIA Wood Factory Shop 2 | ED-184-L |

A. Describe Problem: I have been since June of 07 trying to get this counselor to perform his duties as outlined in context to legal material. In June of 07 I filed in the court a writ of Habeas Corpus and at the same time I handed MR. S. ARNO, CCI at East Dorm office, a signed request for a Trust Withdrawal made out to the Courts along with a addressed and stamped envelope. Mr. Arno was supposed to take the Trust Account Withdrawal slip to Inmate Trust Account Office of California Training Facility Central Facility, Get a check cut then slip it into the addressed envelope then

If you need more space, attach one additional sheet.

B. Action Requested: That Counselor S. Arno be advised of his duties and that he be held accountable for the time loss in the courts. That a new system be installed here at CTF-Central as to the Time Line on getting Legal Funds out to the Courts on the Date of recieving the Inmate Trust Account request

Inmate/Parolee Signature: *Kenneth D. McCurdy*     Date Submitted: 10-09-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Date Returned to Inmate: _____
Staff Signature: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response

"CONTINUED SECTION "A"

hand carry this legal instrument to the mail room and post it to the courts. Since this has failed to be carried out in the afore said manner and has caused the court to hold up the writ (CV07-4732-PSG(MLG) Has thus caused and created a violation of State and Federal Constitutional Law, This includes but not limited to violation of the 8th and 14th Amendment to the Constitution of the United States and under the Due Process clause of the State of California Penal Code.

This Counselor "Mr. S. Arno CCI, a duly sworn Correctional Officer and a member of the CCOPA and as such a sworn member of the Court System of the State of California and as such is responsible under the "COLOR OF LAW" for the State of California and is held to a standard of responsibility for the inmates under his immediate care. Mr. Arno has shown Complete Indifference and callus disregard to the Cruel and Unussual situtation he has placed this inmate in. Therfore this matter has to be settled in a manner that satisfy the courts and this inmate.

*Kenneth McCurdy*

'continued section 'b''

from the inmate instead of through the approval of the counselor since this is only this institutions policy this policy needs to be changed and one person be delegated to handle the issuance and MAILING of funds to the Courts. There are many different solutions to this problem as the counselors do not want to be logged down with this responsibility. And most will foster this duty off to some desk other than thier own. And therefore pass the responsibility on to someone not capable of doing the job properly.

Thank You,

*Kenneth W. McCurdy*