Kenneth D. McCurdy
C-76230 ED-184-L
P.O. Box 689
Soledad, Ca.
93960-0689

LEGAL MATERIAL

9410 2836 61 0004

US DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA.
94102-9680

ATTEN:
CLERK OF THE
COURT



LEGAL MAIL