Kenneth D. McCurdy
C-76238 ED-184-L
P.O. Box 687
Soledad, Ca.
93960-0689

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St. Suite 400 S
Oakland, California
94612-5212

