1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  STACEY D. SCHESSER, State Bar No. 245735
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5774
    Fax:  (415) 703-5843
8   Email:  Stacey.Schesser@doj.ca.gov

9  Attorneys for Respondent Warden Ben Curry

10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

| | |
|---|---|
| 15  KENNETH DONALD McCURDY, | CV07-05084 CW |
| 16            Petitioner, | **REPLY TO PETITIONER'S OPPOSITION TO MOTION TO** |
| 17       v. | **DISMISS** |
| 18  BEN CURRY, Warden, et al., | |
| 19            Respondent. | Judge:  The Honorable Claudia Wilken |

20

21       On March 21, 2008, Respondent filed a Motion to Dismiss, to which Petitioner filed an

22  Opposition on March 31, 2008.  Respondent provides this Reply and asserts that Petitioner's

23  Opposition merely re-asserts the original claims of his federal Petition.  Petitioner also claims

24  that because "all documents that are now before this court [have] been ruled on by all the State

25  Courts," he properly exhausted. (Reply at 3.)  However, even if the documents are identical in

26  both pleadings, this does not mean that Petitioner fairly presented the same federal issues to the

27  state court. *See Lyons v. Crawford*, 232 F.3d 666, 668 (9th Cir. 2000), *amended by* 247 F.3d 904

28  (9th Cir. 2001).  Because Petitioner failed to show that he presented to the California Supreme

Reply to Opp'n to Mot. to Dismiss                                              *McCurdy v. Curry*
                                                                                CV07-05084 CW

1  Court the claim that the Board's reliance on unchanging factors violated his federal right to due
2  process, the district court must dismiss the petition. *Rose v. Lundy*, 455 U.S. 509, 518-19 (1982)
3      In addition, Petitioner erred when opposing Respondent's argument that he fails to allege
4  any basis for this Court to grant relief under AEDPA. Petitioner asserts that he did not address
5  this issue because "it is a [sic] EX POST FACTO law and therefore does not pertain to the
6  current issues before this court at this time." (Reply at 2 [emphasis in original].) Petitioner does
7  not cite to any legal authority in support of the contention that AEDPA is an ex post facto law,
8  nor explain his argument further. Accordingly, Petitioner's claim has no merit or support.
9      Therefore, because Petitioner failed to exhaust state remedies as to all his claims as required
10 under 28 U.S.C. § 2254(b)(1)(A), his Petition should be dismissed.

Dated: April 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Stacey D. Schesser*

STACEY D. SCHESSER
Deputy Attorney General
Attorneys for Respondent

40237835.wpd
SF2008400546

Reply to Opp'n to Mot. to Dismiss      *McCurdy v. Curry*
CV07-05084 CW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **McCurdy v. Curry**

No.:   **CV07-05084 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 9, 2008</u>, I served the attached

### REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Kenneth Donald McCurdy**
**C-76230**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0689**
In Pro Per
C-76230

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2008, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | /s/ |
| Declarant | Signature |

40239105.wpd