Kenneth Donald McCurdy      IN PRO-PER
C-76230   ED_184-L
P.O.Box 689
Soledad,Ca.
         93960-0689



FILED
APR 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH DONALD McCURDY<br>PETITIONER<br><br>V.<br><br>BEN CURRY, WARDEN,et al,.<br>Respondent | CV07-05084   CW<br><br>MOTION FOR APPOINTMENT<br>of<br>COUNSEL FEDERAL REVIEW<br>JUDGE<br>The Honorable<br>     Claudia Wilken |

The Petitioner Kenneth D. McCurdy, IN PRO-PER

Petitions this Honorable Court to issue an order for

Appointment of counsel as outlined in the Rules of the

NORTHERN DISTRICT COURT under **General Order 2**:..........

I.              PROVISION OF REPRESENTATION

         A:    CIRCUMSTANCES

11. is entitled to appointment of counsel under the

    Sixth Amendment to the Constitution of the

    United States, or by statute, or faces loss of

    LBERTY in a case, and Federal Law requires the

1.

appointment of counsel.

Petitioner is an indigent inmate in the California Penal System know California Department of Corrections and Rehabitations, Located at California Training Facility Soledad, California, Monterey County.

The petitioner does not have the funds or means to obtain adquate counsel to defend himself in this case now before this Honorable Court, This Court has jurisdiction over this matter and the petitioner now humbly request the court to find in his favor in this matter. As the petitioner is a layman at the Law, and needs assistance in preparing proper instruments of nature in the Habeas Corpus, Show Cause Order issued by this court.

### PRAYER:

**The petitioner Kenneth D. McCurdy:**

Swears under oath that the forgoing is true and that the petitioner has no immediate means of relief other than this instrument to the court.

Date: April 2, 2008

Kenneth Donald McCurdy
C-76230   ED-184-L

2.

## PROOF OF SERVICE BY MAIL

(C.C.P. §§1013A, 2015.5)

**STATE OF CALIFORNIA** )
                               ) SS.
**COUNTY OF MONTEREY** )

I, __KENNETH D. McCURDY__, am a resident of the State of California, County of Monterey. I am over the age of 18 years and I   am/am not   a party to the within action. My   business/residence   address is P.O. Box 689, Soledad, California 93960-0689.

On __April 2__, 20__08__ I served the foregoing:
__Motion for Appointment of Counsel__

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, Ca.   94612-5212

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __2nd__ day of __April__, 20__08__, at Soledad, California.

/S/ _Kenneth D. McCurdy_