

Kenneth McCurdy
C-76230 ED-184L
P.O. Box 689
Soledad, Ca.
93960-0689

Office of the Clerk, U.S. District Crt.
Northern District of California
1301 Clay St. Suite 400 S
Oakland, Ca. 94612-5212