**FILED**
APR 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CV07-05058 CW
5084

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __McCurdy C76230__ for the last six months at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN. TRUST OFFICE   [prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __36.28__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __33.62__.

Dated: __4-11-08__

_Brenda Nation, Acct Technician_
[Authorized officer of the institution]



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 04/11/08
                                                                             PAGE NO:          1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 12, 2007 THRU APR. 11, 2008

ACCOUNT NUMBER  : C76230                       BED/CELL NUMBER: CFED000000000184L
ACCOUNT NAME    : MCCURDY, KENNETH DONALD      ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

11/12/2007      BEGINNING BALANCE                                               144.39
11/13*FC05      DRAW-FAC 5        1549 ED                             65.00      79.39
12/06  D550     INMATE PAYROL     1745 PIA1              70.15                  149.54
12/10  FC05     DRAW-FAC 5        1824 EDORM                          60.00      89.54
12/12  W450     DONATION-VETE     1841 PLAZA                          33.35      56.19
12/14  W810     CANCELLED CHE     1882 36337                           5.00-     61.19
ACTIVITY FOR 2008
01/07  D550     INMATE PAYROL     2044 PIA1              42.20                  103.39
01/08  FC05     DRAW-FAC 5        2098 EDORM                         103.39        0.00
02/04  D550     INMATE PAYROL     2462 PIA6              24.21                   24.21
02/11  FC05     DRAW-FAC 5        2571 ED                             24.00        0.21
03/06  D550     INMATE PAYROL     2858 PIA2              43.59                   43.80
03/10  FC05     DRAW-FAC 5        2950 EDORM                          40.00        3.80
04/04  D550     INMATE PAYROL     3162 PIA1              37.55                   41.35
04/07  FC05     DRAW-FAC 5        3232 EDORM                          41.35        0.00

                              CURRENT HOLDS IN EFFECT

DATE      HOLD
PLACED    CODE     DESCRIPTION                 COMMENT       HOLD AMOUNT

04/09/2008 H109    LEGAL POSTAGE HOLD          3287 LPOST         1.14
04/09/2008 H109    LEGAL POSTAGE HOLD          3287 LPOST         1.31

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED

 144.39      217.70     362.09          0.00      2.45         0.00

                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   -----------
                                                       2.45-
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Acct Technician

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 2/05)

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____OilFields - General Production_____
5  _____1982_____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                        Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,                     Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                                 Yes ___ No _X_
14  d.  Pensions, annuities, or                        Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,             Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____NONE_____
22  _____

23  3.  Are you married?                               Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____ Net $_____0_____
28  4.  a.  List amount you contribute to your spouse's support:$ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
    _____NONE_____
    _____

5.  Do you own or are you buying a home?    Yes ___ No _X_
Estimated Market Value: $____0____ Amount of Mortgage: $__0_____

6.  Do you own an automobile?    Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No _0_ If so, Total due: $ __0__
Monthly Payment: $ __0__

7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____NONE_____
_____
Present balance(s): $ ____0_____
Do you own any cash? Yes ___ No _X_ Amount: $ ____0____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No _X_
_____

8.  What are your monthly expenses?
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ___0___ | $ ___0___ | $ ___0___ |
| ___0___ | $ ___0___ | $ ___0___ |
| _____ | $ _____ | $ _____ |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____∅_____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____Present CASE — CV-0705084_____
10 | _NORTHERN DISTRICT Court_____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16 | April 2                               Kenneth McCurdy
17 |   DATE                                SIGNATURE OF APPLICANT