Legal Mail

Office of the Clerk.
U.S. District Court
Northern District of Ca.
1301 Clay St. Suite 400 S
Oakland, Ca.
94612-5212

C-76230 ED-184-L
P.O. Box 689
Soledad, Ca.
93960-0689

Legal Mail