**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KENNETH MCCURDY,                      No. C 07-5084 CW (PR)

12              Petitioner,

13        v.                             ORDER DENYING PETITION FOR WRIT
                                         OF HABEAS CORPUS; DENYING
14  BEN CURRY, Warden,                   CERTIFICATE OF APPEALABILITY

15              Respondent.

16  _____/

17

18        Pro se Petitioner Kenneth McCurdy seeks a writ of habeas corpus

19  under 28 U.S.C. § 2254 challenging the September 7, 2006 decision of

20  the California Board of Parole Hearings (BPH) denying him parole at

21  his eighth parole suitability hearing.  Doc. No. 1-1 at 7; Doc. No.

22  18-3 at 44.  Specifically, Petitioner claims that the BPH denied him

23  due process in denying him a parole date by using the "unchanging

24  factors" of his commitment offense, continuing to use outdated

25  information and overlooking current reports submitted by Petitioner.

26  Doc. No. 1-2 at 7; Doc. No. 27.

27        The United States Supreme Court recently made clear that in the

28  context of a federal habeas challenge to the denial of parole, a

1  prisoner subject to a parole statute similar to California's

2  receives adequate process when the BPH allows him an opportunity to

3  be heard and provides him with a statement of the reasons why parole

4  was denied.  Swarthout v. Cooke, No. 10-333, slip op. at 4-5 (U.S.

5  Jan. 24, 2011).  Here, the record shows Petitioner received at least

6  this amount of process.  The Constitution does not require more.

7  Id. at 5.

8       The Court also made clear that whether the BPH's decision was

9  supported by some evidence of current dangerousness is irrelevant in

10 federal habeas:  "it is no federal concern . . . whether

11 California's 'some evidence' rule of judicial review (a procedure

12 beyond what the Constitution demands) was correctly applied."

13 Swarthout v. Cooke, slip op. at 6.

14      Accordingly, the instant federal Petition for a Writ of Habeas

15 corpus is DENIED.

16      Further, a Certificate of Appealability is DENIED.  See Rule

17 11(a) of the Rules Governing Section 2254 Cases.  Petitioner has not

18 made "a substantial showing of the denial of a constitutional

19 right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner demonstrated

20 that "reasonable jurists would find the district court's assessment

21 of the constitutional claims debatable or wrong."  Slack v.

22 McDaniel, 529 U.S. 473, 484 (2000).  Petitioner may not appeal the

23 denial of a Certificate of Appealability in this Court but may seek

24 a certificate from the Court of Appeals under Rule 22 of the Federal

25 Rules of Appellate Procedure.  See Rule 11(a) of the Rules Governing

26 Section 2254 Cases.

27

28                                    2

1    The Clerk shall terminate any pending motions as moot, enter

2  judgment in favor of Respondent and close the file.

3

4    IT IS SO ORDERED.

5

6  Dated: 2/7/2011

   CLAUDIA WILKEN
7                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3

1

UNITED STATES DISTRICT COURT
FOR THE
2                    NORTHERN DISTRICT OF CALIFORNIA

3

KENNETH DONALD MCCURDY,

4                                     Case Number: CV07-05084 CW

           Plaintiff,

5                          **CERTIFICATE OF SERVICE**

   v.

6

BEN CURRY et al,

7

           Defendant.
8   —————————————————————/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
10  Northern District of California.

11  That on February 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

13

14

15  Kenneth Donald McCurdy C-76230
H-342-L
16  P.O. Box 2000
Vacaville,  CA 95696-2000

17

Dated: February 7, 2011
18                              Richard W. Wieking, Clerk
                               By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28